# Exhibit 2

# 公 证 书

中华人民共和国广东省深圳市先行公证处

# 公 证 书

（2025）深先证字第 10881 号

申请人：北京大成（深圳）律师事务所

统一社会信用代码：314400006766903205

住所：广东省深圳市福田区深南大道 1006 号深圳国际创新中心（福田科技广场）A 栋 3、4、12 层

负责人：张健，男，1982 年 3 月 16 日出生，公民身份号码：342623198203166814。

委托代理人：李鸥，女，1998 年 1 月 15 日出生，公民身份号码：52242419980115282X。

公证事项：保全行为

申请人北京大成（深圳）律师事务所因保全证据需要，于 2025 年 4 月 17 日向我处申请保全证据公证。

根据《中华人民共和国公证法》的规定和申请人北京大成（深圳）律师事务所的申请，于 2025 年 4 月 30 日，申请人北京大成（深圳）律师事务所的委托代理人李鸥来到我处，在本公证员和公证人员林灏彬的监督下，申请人北京大成（深圳）律师事务所的委托代理人李鸥在我处复印区使用我处的复印设备将其带至我处的《电子送达记录》（共 12 页）进行了复印，复印所得文件见附件。

兹证明申请人北京大成（深圳）律师事务所的委托代理人李鸥的复印行为及过程系在本公证员及公证人员林灏彬的监督下进行；与本公证书相粘连的《电子送达记录》的复印件为申

请人北京大成（深圳）律师事务所的委托代理人李鸥在我处复印所得。本公证书所附复印件内容与申请人北京大成（深圳）律师事务所的委托代理人李鸥带至我处的《电子送达记录》原件相符。《电子送达记录》的复印件所附的英文译本与中文原本内容相符。

本公证书须合法使用，在使用过程中不得违反法律、法规，不得违背公序良俗，不得侵犯其他民事主体的人身权利、财产权利以及其他合法权益。

附：1、《电子送达记录》复印件 1 份共 12 页

2、《电子送达记录》复印件的英文译本 1 份共 12 页

中华人民共和国广东省深圳市先行公证处

公证员 陈伟双




2025 年 4 月 30 日

# NOTARIAL CERTIFICATE

(Translation)

(2025) SXZZi No.10881

Applicant: Beijing Dacheng Law Offices, LLP (Shenzhen)

Unified Social Credit Code: 31440000676903205

Domicile: 3/F, 4/F, 12/F, Block A, (Futian Science & Technology Plaza) Shenzhen International Innovation Center, No. 1006, Shennan Boulevard, Futian District, Shenzhen City, Guangdong Province

Person in Charge: Zhang Jian, male, born on March 16, 1982, Citizen Identification Number: 342623198203166814.

Attorney: Li Ou, female, born on January 15, 1998, Citizen Identification Number: 52242419980115282X.

Issue under notarization: evidence preservation

Due to the need for evidence preservation, the applicant, Beijing Dacheng Law Offices, LLP (Shenzhen), submitted an application for notarial evidence preservation to our office on April 17, 2025.

Pursuant to the *Notarization Law of the People's Republic of China* and the application submitted by the applicant, Beijing Dacheng Law Offices, LLP (Shenzhen), on April 30, 2025, the attorney of the applicant, Beijing Dacheng Law Offices, LLP (Shenzhen), Li Ou, came to our office. Under the supervision of this notary public and notarial officer Lin Haobin, the attorney of the applicant, Beijing Dacheng Law Offices, LLP (Shenzhen), Li Ou, used our office's copying equipment in the copy area of our office to copy the *Electronic Delivery Records* (12 pages in total) brought to our office. The copied document is attached hereto.

This is to certify that the copying actions and procedures conducted by Li Ou, the attorney of the applicant, Beijing Dacheng Law Offices, LLP (Shenzhen), were carried out under the

supervision of this notary public and notarial officer Lin Haobin. The copy of the *Electronic Delivery Records*, which is appended to this notarial certificate, was made by Li Ou, the attorney of the applicant, Beijing Dacheng Law Offices, LLP (Shenzhen), at our office. The contents of the attached copy are consistent with the original *Electronic Delivery Records* brought to our office by Li Ou, the attorney of the applicant, Beijing Dacheng Law Offices, LLP (Shenzhen). The English translation attached to the copy of the *Electronic Delivery Records* is consistent with the contents of the original Chinese version.

This notarial certificate must be used lawfully. During its use, it shall not violate any laws or regulations, contravene public order or good morals, or infringe upon the personal rights, property rights, or other legitimate rights and interests of other civil subjects.

Attachment: 1. One copy of the *Electronic Delivery Records*, 12 pages in total

2. One English translation of the copy of the *Electronic Delivery Records*, 12 pages in total

Shenzhen Xianxing Notary Public Office
Guangdong Province
The People's Republic of China
Notary Public Chen Weishuang
April 30, 2025

# 公　证　书

（2025）深先证字第 10882 号

申请人：北京大成（深圳）律师事务所

统一社会信用代码：314400006766903205

住所：广东省深圳市福田区深南大道 1006 号深圳国际创新中心（福田科技广场）A 栋 3、4、12 层

负责人：张健，男，1982 年 3 月 16 日出生，公民身份号码：342623198203166814。

委托代理人：李鸥，女，1998 年 1 月 15 日出生，公民身份号码：52242419980115282X。

公证事项：译本与原本相符

兹证明前面的（2025）深先证字第 10881 号公证书的英文译本内容与中文原本内容相符。

中华人民共和国广东省深圳市先行公证处

公证员 陈伟双




2025 年 4 月 30 日

# NOTARIAL CERTIFICATE

(Translation)

(2025) SXZZi No.10882

Applicant: Beijing Dacheng Law Offices, LLP (Shenzhen)

Unified Social Credit Code: 314400006766903205

Domicile: 3/F, 4/F, 12/F, Block A, (Futian Science & Technology Plaza) Shenzhen International Innovation Center, No. 1006, Shennan Boulevard, Futian District, Shenzhen City, Guangdong Province

Person in Charge: Zhang Jian, male, born on March 16, 1982, Citizen Identification Number: 342623198203166814.

Attorney: Li Ou, female, born on January 15, 1998, Citizen Identification Number: 52242419980115282X.

Issue under notarization: consistency between translation and original text

This is to certify that the content of the English translation of Notarial Certificate (2025) SXZZi No.10881 is consistent with the content of the original Chinese version.

Shenzhen Xianxing Notary Public Office
Guangdong Province
The People's Republic of China
Notary Public Chen Weishuang
April 30, 2025

（2022）深国仲受4677号 关于仲裁申请的通知（编号：202205466）、交费通知单 2022/8/3 送达成功

| 送达内容 | 送达对象 | 送达记录 |
| --- | --- | --- |
| **关于仲裁申请的通知（编号：202205466）、交费通知单**<br>北京大成（深圳）律师事务所：你方于2022 年 8 月 3 日提交的仲裁申请，经审查符合立案条件，请及时查收相关文书。秘书：黄赓翰 电话：0755-83509772 Email：huanggenghan@scia.com.cn 地址：深圳市福田区深南大道2012号深圳证券交易所西广场41层<br>**附件：**<br>1. 关于仲裁申请的通知<br>2. 交费通知单K220803035 | **北京大成（深圳）律师事务所**<br>（申请人） | 短信送达：18820280218<br>• 2022/8/3 18:49 已通过短信送达至 18820280218<br>• 2023/7/12 14:53 来自14.154.207.213的用户[钱程]阅读了本次送达内容<br>• 2023/7/12 17:24 来自14.154.207.213的用户[钱程]阅读了本次送达内容<br>• 2023/7/12 17:25 来自14.154.207.213的用户[钱程]阅读了本次送达内容<br>• 2023/7/12 17:26 来自14.154.207.213的用户[钱程]阅读了本次送达内容<br>• 2023/7/12 17:37 来自14.154.207.213的用户[钱程]阅读了本次送达内容<br>Email送达：lijiaqi_lawyer@126.com<br>• 2022/8/3 18:49 已通过Email送达至 lijiaqi_lawyer@126.com |
| | **李佳琪**<br>（申请人代理人） | 短信送达：18820280218<br>• 2022/8/3 18:49 已通过短信送达至 18820280218<br>• 2022/8/3 20:22 来自14.154.204.21的用户[李佳琪]阅读了本次送达内容<br>• 2022/8/3 20:27 来自 14.154.204.21 的用户通过电子邮箱阅读了本次送达内容<br>Email送达：lijiaqi_lawyer@126.com<br>• 2022/8/3 18:49 已通过Email送达至 lijiaqi_lawyer@126.com |

深圳国际仲裁院
案件查阅专用章
2025年4月30日

深圳国
案件查
2025

（2022）深国仲受4677号 仲裁通知书及附件（申） 2023/2/1 送达成功

| 送达内容 | 送达对象 | 送达记录 |
|---|---|---|
| **仲裁通知书及附件（申）**<br>北京大成（深圳）律师事务所：你方（申请人）于 2022 年 8 月 3 日提交的与李严（被申请人）之间法律服务合同纠纷案的仲裁申请，经审查符合受理条件，本院决定立案审理。请阅读附件《仲裁通知书》，在规定时间内指定仲裁员。秘书：陶城煌 电话：0755-83206469 Email: taochenghuang@scia.com.cn 地址：深圳市南山区听海大道5033号卓越前海壹号T1栋国际仲裁大厦35层 2023 年 2 月 1 日<br>**附件:**<br>1. （2022）深国仲受4677号_仲裁通知书（申）<br>2. 深圳国际仲裁院仲裁规则（2022年修正）<br>3. 仲裁员名册（2022）<br>4. 仲裁员实际开支费用标准及交费指引<br>5. 关于指定仲裁员的函（三人庭） | **北京大成（深圳）律师事务所**<br>(申请人) | 短信送达：18820280218<br>• 2023/2/1 15:20 已通过短信送达至 18820280218<br>• 2023/7/12 14:54 来自14.154.207.213的用户[钱程]阅读了本次送达内容<br>• 2023/7/12 17:37 来自14.154.207.213的用户[钱程]阅读了本次送达内容<br>Email送达：lijiaqi_lawyer@126.com<br>• 2023/2/1 15:20 已通过Email送达至 lijiaqi_lawyer@126.com |
| | **李佳琪**<br>(申请人代理人) | 短信送达：18820280218<br>• 2023/2/1 15:20 已通过短信送达至 18820280218<br>• 2023/2/1 15:52 来自14.154.204.195的用户[李佳琪]阅读了本次送达内容<br>• 2023/2/1 16:08 来自14.154.204.195的用户[李佳琪]阅读了本次送达内容<br>• 2023/2/6 14:42 来自113.89.185.3的用户[李佳琪]阅读了本次送达内容<br>• 2023/4/21 20:35 来自14.154.204.142的用户[李佳琪]阅读了本次送达内容<br>Email送达：lijiaqi_lawyer@126.com<br>• 2023/2/1 15:20 已通过Email送达至 lijiaqi_lawyer@126.com |
| | **邬文辉**<br>(申请人代理人) | 短信送达：13501589449<br>• 2023/2/1 15:20 已通过短信送达至 13501589449<br>• 2024/9/2 14:49 来自14.155.201.106的用户[邬文辉]阅读了本次送达内容<br>Email送达：wuwh1967@sina.com<br>• 2023/2/1 15:20 已通过Email送达至 wuwh1967@sina.com<br>• 2023/2/2 10:46 来自 115.44.129.193 的用户通过电子邮箱阅读了本次送达内容<br>• 2023/2/2 10:48 来自 115.44.129.193 的用户通过电子邮箱阅读了本次送达内容<br>• 2023/2/2 11:00 来自 115.44.129.193 的用户通过电子邮箱阅读了本次送达内容 |

（2022）深国仲受4677号 仲裁通知书及附件（被） 2023/2/1 送达成功

| 送达内容 | 送达对象 | 送达记录 |
| --- | --- | --- |
| **仲裁通知书及附件（被）**<br>李严： 本院已受理北京大成（深圳）律师事务所（申请人）与你方之间的法律服务合同纠纷案（（2022）深国仲受4677号）。 请阅读附件《仲裁通知书》，在规定时间内指定仲裁员，并提交答辩书和有关证据材料。 如需委托代理人代理参与仲裁活动，请将您收到的送达信息转发给代理人，并请其及时完成上述操作。 秘书：陶城煌 电话：0755-83206469 Email：taochenghuang@scia.com.cn 地址：深圳市南山区听海大道5033号卓越前海壹号T1栋国际仲裁大厦35层 2023 年 2 月 1 日<br>**附件：**<br>1. （2022）深国仲受4677号_仲裁通知书（被）<br>2. 深圳国际仲裁院仲裁规则（2022年修正）<br>3. 仲裁员名册（2022）<br>4. 仲裁员实际开支费用标准及交费指引<br>5. 关于指定仲裁员的函（三人庭）<br>6. 当事人仲裁、诉讼和执行程序送达地址确认书<br>7. 仲裁申请书 (李佳琪)<br>8. 主体资格证明材料及授权材料 (李佳琪)<br>9. 合并扫描的证据材料 (李佳琪)<br>10. 证据目录 (李佳琪) | **李严**<br>(被申请人) | 短信送达：18938091258<br>• 2023/2/1 15:21 已通过短信送达至 18938091258<br>短信送达：13612966922<br>• 2023/2/1 15:21 已通过短信送达至 13612966922<br>Email送达：wzifu@hotmail.com<br>• 2023/2/1 15:21 已通过Email送达至 wzifu@hotmail.com |

（2022）深国仲受4677号 重新指定仲裁员通知（6号函）及郭维仲裁员声明书 2023/5/23 送达成功

| 送达内容 | 送达对象 | 送达记录 |
|---|---|---|
| **重新指定仲裁员通知（6号函）及郭维仲裁员声明书**<br>**附件：**<br>1. 重新指定仲裁员通知（6号函）<br>2. 郭维仲裁员声明书.pdf | **北京大成（深圳）律师事务所**<br>(申请人) | 短信送达：18820280218<br>• 2023/5/23 14:26 已通过短信送达至 18820280218<br>• 2023/5/23 17:38 来自 14.154.204.142 的用户通过电子邮箱阅读了本次送达内容<br>• 2023/6/12 15:25 来自14.154.207.226的用户[钱程]阅读了本次送达内容<br>• 2023/7/12 14:56 来自14.154.207.213的用户[钱程]阅读了本次送达内容<br>• 2023/7/12 17:25 来自14.154.207.213的用户[钱程]阅读了本次送达内容<br>Email送达：lijiaqi_lawyer@126.com<br>• 2023/5/23 14:26 已通过Email送达至 lijiaqi_lawyer@126.com |
| | **李佳琪**<br>(申请人代理人) | 短信送达：18820280218<br>• 2023/5/23 14:26 已通过短信送达至 18820280218<br>• 2023/5/23 17:34 来自 14.154.204.142 的用户通过电子邮箱阅读了本次送达内容<br>Email送达：lijiaqi_lawyer@126.com<br>• 2023/5/23 14:26 已通过Email送达至 lijiaqi_lawyer@126.com |
| | **邬文辉**<br>(申请人代理人) | 短信送达：13501589449<br>• 2023/5/23 14:26 已通过短信送达至 13501589449<br>• 2023/5/23 16:53 来自 14.154.206.137 的用户通过手机阅读了本次送达内容<br>• 2023/5/23 16:54 来自 14.154.206.137 的用户通过手机阅读了本次送达内容<br>• 2023/7/3 15:12 来自 14.154.207.213 的用户通过电子邮箱阅读了本次送达内容<br>• 2023/7/12 17:08 来自 223.104.205.197 的用户通过手机阅读了本次送达内容<br>Email送达：wuwh1967@sina.com<br>• 2023/5/23 14:26 已通过Email送达至 wuwh1967@sina.com |
| | **李严**<br>(被申请人) | 短信送达：18938091258<br>• 2023/5/23 15:27 已通过短信送达至 18938091258<br>短信送达：13612966922<br>• 2023/5/23 15:27 已通过短信送达至 13612966922<br>• 2023/5/25 10:10 来自 117.136.32.103 的用户通过手机阅读了本次送达内容<br>Email送达：wzifu@hotmail.com<br>• 2023/5/23 15:27 已通过Email送达至 wzifu@hotmail.com |

（2022）深国仲受4677号 仲裁庭组成通知书及附件 2023/8/23 送达成功

| 送达内容 | 送达对象 | 送达记录 |
|---|---|---|
| **仲裁庭组成通知书及附件**<br>申 请 人：北京大成（深圳）律师事务所<br>被申请人：李严 （2022）深国仲受4677号 已于 2023 年 8 月 10 日组成仲裁庭。<br>秘书：陶城煌 电话：0755-83206469<br>Email：taochenghuang@scia.com.cn<br>地址：深圳市南山区听海大道5033号卓越前海壹号T1栋国际仲裁大厦35层 2023 年 8 月 23 日<br>**附件：**<br>1. （2022）深国仲受4677号_仲裁庭组成通知书<br>2. 宫邦友仲裁员声明书<br>3. 雷正卿仲裁员声明书<br>4. 毕经纬仲裁员声明书 | **北京大成（深圳）律师事务所**<br>(申请人) | 短信送达：18820280218<br>• 2023/8/23 10:28 已通过短信送达至 18820280218<br>• 2023/8/23 10:29 来自 223.104.68.198 的用户通过手机阅读了本次送达内容<br>• 2023/8/23 14:12 来自 14.155.252.177 的用户通过电子邮箱阅读了本次送达内容<br>Email送达：lijiaqi_lawyer@126.com<br>• 2023/8/23 10:28 已通过Email送达至 lijiaqi_lawyer@126.com |
| | **邬文辉**<br>(申请人代理人) | 短信送达：13501589449<br>• 2023/8/23 10:28 已通过短信送达至 13501589449<br>• 2023/8/23 10:37 来自 223.104.68.214 的用户通过手机阅读了本次送达内容<br>Email送达：wuwh1967@sina.com<br>• 2023/8/23 10:28 已通过Email送达至 wuwh1967@sina.com |
| | **钱程**<br>(申请人代理人) | 短信送达：13410740513<br>• 2023/8/23 10:28 已通过短信送达至 13410740513<br>• 2023/8/23 10:29 来自 14.155.252.177 的用户通过手机阅读了本次送达内容<br>• 2023/8/23 10:36 来自 14.155.252.177 的用户通过手机阅读了本次送达内容<br>• 2023/8/28 15:49 来自14.153.138.169的用户[钱程]阅读了本次送达内容<br>Email送达：2034219169@qq.com<br>• 2023/8/23 10:28 已通过Email送达至 2034219169@qq.com<br>微信送达：(oOT***CvU-E)<br>• 2023/8/23 10:28 已通过微信送达至 (oOT***CvU-E)<br>• 2023/8/23 10:29 来自 14.155.252.177 的用户阅读了本次送达内容 |
| | **李严**<br>(被申请人) | 短信送达：18938091258<br>• 2023/8/23 10:28 已通过短信送达至 18938091258<br>短信送达：13612966922<br>• 2023/8/23 10:28 已通过短信送达至 13612966922<br>Email送达：wzifu@hotmail.com<br>• 2023/8/23 10:28 已通过Email送达至 wzifu@hotmail.com |

(2022) 深国仲受4677号 开庭通知书 2023/9/26 送达成功

| 送达内容 | 送达对象 | 送达记录 |
|---|---|---|
| **开庭通知书**<br>申 请 人：北京大成（深圳）律师事务所 被申请人：李严 申请人与被申请人之间法律服务合同纠纷案，仲裁庭确定于 2023年10月31日14时30分 在仲裁院位于国际仲裁大厦36楼8号仲裁庭开庭审理，请双方当事人或授权代理人按时出庭。 秘书：陶城煌 电话：0755-83206469 Email：taochenghuang@scia.com.cn 地址：深圳市南山区听海大道5033号卓越前海壹号T1栋国际仲裁大厦35层 2023 年 9 月 26 日<br>**附件：**<br>1. (2022) 深国仲受4677号_开庭通知书（当事人） | **北京大成（深圳）律师事务所**<br>(申请人) | 短信送达：18820280218<br>• 2023/9/26 10:43 已通过短信送达至 18820280218<br>• 2023/9/26 14:02 来自 117.153.234.71 的用户通过电子邮箱阅读了本次送达内容<br>Email送达：lijiaqi_lawyer@126.com<br>• 2023/9/26 10:43 已通过Email送达至 lijiaqi_lawyer@126.com |
| | **邬文辉**<br>(申请人代理人) | 短信送达：13501589449<br>• 2023/9/26 10:43 已通过短信送达至 13501589449<br>• 2024/7/22 14:46 来自116.76.177.7的用户[邬文辉]阅读了本次送达内容<br>• 2024/9/2 14:44 来自14.155.201.106的用户[邬文辉]阅读了本次送达内容<br>• 2024/9/2 14:48 来自14.155.201.106的用户[邬文辉]阅读了本次送达内容<br>• 2024/9/3 16:31 来自14.155.201.106的用户[邬文辉]阅读了本次送达内容<br>• 2024/9/3 16:32 来自14.155.201.106的用户[邬文辉]阅读了本次送达内容<br>Email送达：wuwh1967@sina.com<br>• 2023/9/26 10:43 已通过Email送达至 wuwh1967@sina.com |
| | **钱程**<br>(申请人代理人) | 短信送达：13410740513<br>• 2023/9/26 10:43 已通过短信送达至 13410740513<br>• 2023/9/28 15:55 来自14.155.235.91的用户[钱程]阅读了本次送达内容<br>• 2023/10/7 15:36 来自14.155.211.15的用户[钱程]阅读了本次送达内容<br>Email送达：2034219169@qq.com<br>• 2023/9/26 10:43 已通过Email送达至 2034219169@qq.com<br>微信送达：(oOT***CvU-E)<br>• 2023/9/26 10:43 已通过微信送达至 (oOT***CvU-E)<br>• 2023/9/26 10:43 来自 14.155.235.91 的用户阅读了本次送达内容 |
| | **李严**<br>(被申请人) | 短信送达：18938091258<br>• 2023/9/26 10:43 已通过短信送达至 18938091258<br>短信送达：13612966922<br>• 2023/9/26 10:43 已通过短信送达至 13612966922<br>Email送达：wzifu@hotmail.com<br>• 2023/9/26 10:43 已通过Email送达至 wzifu@hotmail.com |

（2022）深国仲受4677号 申请人提交的补充证据材料（证据15、证据16） 2023/10/31 送达成功

| 送达内容 | 送达对象 | 送达记录 |
| --- | --- | --- |
| **申请人提交的补充证据材料（证据15、证据16）**<br>附件：<br>1. 证据目录 (钱程)<br>2. 合并扫描的证据材料 (钱程) | 李严<br>(被申请人) | 短信送达：18938091258<br>• 2023/10/31 16:42 已通过短信送达至 18938091258<br>短信送达：13612966922<br>• 2023/10/31 16:42 已通过短信送达至 13612966922<br>Email送达：wzifu@hotmail.com<br>• 2023/10/31 16:42 已通过Email送达至 wzifu@hotmail.com |

（2022）深国仲受4677号 申请人于2023年11月14日提交的针对庭审中有关问题的情况说明及附件 2023/11/14 送达成功

| 送达内容 | 送达对象 | 送达记录 |
| --- | --- | --- |
| **申请人于2023年11月14日提交的针对庭审中有关问题的情况说明及附件**<br>**附件：**<br>1. 针对庭审中有关问题的情况说明及附件（钱程） | 李严<br>(被申请人) | 短信送达：18938091258<br>• 2023/11/14 16:38 已通过短信送达至 18938091258<br>短信送达：13612966922<br>• 2023/11/14 16:38 已通过短信送达至 13612966922<br>Email送达：wzifu@hotmail.com<br>• 2023/11/14 16:38 已通过Email送达至 wzifu@hotmail.com |

**（2022）深国仲受4677号** 缺席审理函（9号函）及附件 2023/11/14 送达成功

| 送达内容 | 送达对象 | 送达记录 |
|---|---|---|
| **缺席审理函（9号函）及附件**<br>**附件:**<br>1. 缺席审理函（9号函）<br>2. 合并扫描的证据材料及仲裁申请书<br>3. （2022）深国仲受4677号_庭审笔录.pdf | **李严**<br>(被申请人) | 短信送达：18938091258<br>• 2023/11/14 16:41 已通过短信送达至 18938091258<br>短信送达：13612966922<br>• 2023/11/14 16:41 已通过短信送达至 13612966922<br>Email送达：wzifu@hotmail.com<br>• 2023/11/14 16:41 已通过Email送达至 wzifu@hotmail.com |

（2022）深国仲受4677号 申请人于2024年6月7日提交的关于迟延履行利息的相关说明 2024/6/24 送达成功

| 送达内容 | 送达对象 | 送达记录 |
| --- | --- | --- |
| **申请人于2024年6月7日提交的关于迟延履行利息的相关说明**<br>**附件:**<br>1. 关于迟延履行利息的相关说明 (钱程) | **李严**<br>(被申请人) | 短信送达：18938091258<br>• 2024/6/24 9:24 已通过短信送达至 18938091258<br>短信送达：13612966922<br>• 2024/6/24 9:24 已通过短信送达至 13612966922<br>Email送达：wzifu@hotmail.com<br>• 2024/6/24 9:24 已通过Email送达至 wzifu@hotmail.com |

（2022）深国仲受4677号 裁决书 2024/7/22 送达成功

| 送达内容 | 送达对象 | 送达记录 |
| --- | --- | --- |
| **裁决书**<br>附件：<br>1. 裁决书.pdf | **邬文辉**<br>(申请人代理人) | 短信送达：13501589449<br>• 2024/7/22 15:05 已通过短信送达至 13501589449<br>• 2024/7/22 15:09 来自116.76.177.7的用户[邬文辉]阅读了本次送达内容<br>• 2025/4/10 16:19 来自223.104.87.144的用户[邬文辉]阅读了本次送达内容<br>• 2025/4/17 12:17 来自14.155.35.160的用户[邬文辉]阅读了本次送达内容<br>Email送达：wuwh1967@sina.com<br>• 2024/7/22 15:05 已通过Email送达至 wuwh1967@sina.com |
| | **李严**<br>(被申请人) | 短信送达：18938091258<br>• 2024/7/22 15:05 已通过短信送达至 18938091258<br>短信送达：13612966922<br>• 2024/7/22 15:05 已通过短信送达至 13612966922<br>Email送达：wzifu@hotmail.com<br>• 2024/7/22 15:05 已通过Email送达至 wzifu@hotmail.com |

(2022) 深国仲受4677号 生效证明 2024/7/24 送达成功

| 送达内容 | 送达对象 | 送达记录 |
| --- | --- | --- |
| **生效证明**<br>**附件:**<br>1. 生效证明 | **邬文辉**<br>(申请人代理人) | 短信送达: 13501589449<br>• 2024/7/24 14:10 已通过短信送达至 13501589449<br>• 2024/7/24 14:17 来自14.155.230.109的用户[邬文辉]阅读了本次送达内容<br>• 2025/4/17 12:16 来自14.155.35.160的用户[邬文辉]阅读了本次送达内容<br>Email送达: wuwh1967@sina.com<br>• 2024/7/24 14:10 已通过Email送达至 wuwh1967@sina.com |

**Case No. (2022) S. G. Z. S. No. 4677** – Notice on Application for Arbitration (No. 202205466) and Payment Notice Successfully Delivered on August 3, 2022

| Content Delivered | Recipient | Delivery Records |
|---|---|---|
| **Notice on Application for Arbitration (No. 202205466) and Payment Notice**<br><br>To Beijing Dacheng Law Offices, LLP (Shenzhen): Upon review, your Application for Arbitration submitted on August 3, 2022 meets the filing requirements. Please promptly review the relevant documents. Secretary: HUANG Genghan, Tel.: 0755-83509772, Email: huanggenghan@scia.com.cn, Address: 41F, West Plaza, Shenzhen Stock Exchange, 2012 Shennan Boulevard, Futian District, Shenzhen<br>**Annex:**<br>1. Notice on Application for Arbitration<br>2. Payment Notice K220803035 | **Beijing Dacheng Law Offices, LLP (Shenzhen)**<br>(Applicant) | Delivery via SMS to 18820280218<br>· August 3, 2022 18:49: Delivered via SMS to 18820280218<br>· July 12, 2023 14:53: User [QIAN Cheng] from IP 14.154.207.213 viewed the delivered content<br>· July 12, 2023 17:24: User [QIAN Cheng] from IP 14.154.207.213 viewed the delivered content<br>· July 12, 2023 17:25: User [QIAN Cheng] from IP 14.154.207.213 viewed the delivered content<br>· July 12, 2023 17:26: User [QIAN Cheng] from IP 14.154.207.213 viewed the delivered content<br>· July 12, 2023 17:37: User [QIAN Cheng] from IP 14.154.207.213 viewed the delivered content<br>Delivery via Email to lijiaqi_lawyer@126.com<br>· August 3, 2022 18:49: Delivered via email to lijiaqi_lawyer@126.com |
| | **LI Jiaqi**<br>(Applicant's Attorney) | Delivery via SMS to 18820280218<br>· August 3, 2022 18:49: Delivered via SMS to 18820280218<br>· August 3, 2022 20:22: User [LI Jiaqi] from IP 14.154.204.21 viewed the delivered content<br>· August 3, 2022 20:27: User from IP 14.154.204.21 viewed the delivered content via email<br>Delivery via Email to lijiaqi_lawyer@126.com<br>· August 3, 2022 18:49: Delivered via email to lijiaqi_lawyer@126.com |

Special Seal for Case Access of Shenzhen Court of International Arbitration, April 30, 2025 (Seal)

**Case No. (2022) S. G. Z. S. No. 4677** – Notice of Arbitration and Attachments (Applicant) Successfully Delivered on February 1, 2023

| Content Delivered | Recipient | Delivery Records |
|---|---|---|
| **Notice of Arbitration and Attachments (Applicant)**<br><br>To Beijing Dacheng Law Offices, LLP (Shenzhen): Upon review, your (Applicant's) Application for Arbitration submitted on August 3, 2022, regarding the legal service contract dispute case with LI Yan (Respondent) meets the acceptance criteria. Thus this Court has decided to formally accept the case for adjudication. Please review the attached Notice of Arbitration and appoint an arbitrator within the specified time frame. Secretary: TAO Chenghuang, Tel.: 0755-83206469, Email: taochenghuang@scia.com.cn, Address: 35F, SCIA Tower, Building T1, OneExcellence, No. 5033 Tinghai Avenue, Nanshan District, Shenzhen, Date: February 1, 2023<br>**Annex:**<br>1. Case No. (2022) S. G. Z. S. No. 4677 – Notice of Arbitration (Applicant)<br>2. Arbitration Rules of Shenzhen Court of International Arbitration (Amended in 2022)<br>3. List of Arbitrators (2022)<br>4. Arbitrator's Actual Expense Standards and Payment Guidelines<br>5. Letter on Appointment of Arbitrators (Three-Member Tribunal) | **Beijing Dacheng Law Offices, LLP (Shenzhen)**<br>(Applicant) | Delivery via SMS to 18820280218<br>· February 1, 2023 15:20: Delivered via SMS to 18820280218<br>· July 12, 2023 14:54: User [QIAN Cheng] from IP 14.154.207.213 viewed the delivered content<br>· July 12, 2023 17:37: User [QIAN Cheng] from IP 14.154.207.213 viewed the delivered content<br>Delivery via Email to lijiaqi_lawyer@126.com<br>· February 1, 2023 15:20: Delivered via email to lijiaqi_lawyer@126.com |
| | **LI Jiaqi**<br>(Applicant's Attorney) | Delivery via SMS to 18820280218<br>· February 1, 2023 15:20: Delivered via SMS to 18820280218<br>· February 1, 2023 15:52: User [LI Jiaqi] from IP 14.154.204.195 viewed the delivered content<br>· February 1, 2023 16:08: User [LI Jiaqi] from IP 14.154.204.195 viewed the delivered content<br>· February 6, 2023 14:42: User [LI Jiaqi] from IP 113.89.185.3 viewed the delivered content<br>· April 21, 2023 20:35: User [LI Jiaqi] from IP 14.154.204.142 viewed the delivered content<br>Delivery via Email to lijiaqi_lawyer@126.com<br>· February 1, 2023 15:20: Delivered via email to lijiaqi_lawyer@126.com |
| | **WU Wenhui**<br>(Applicant's Attorney) | Delivery via SMS to 13501589449<br>· February 1, 2023 15:20: Delivered via SMS to 13501589449<br>· September 2, 2024 14:49: User [WU Wenhui] from IP 14.155.201.106 viewed the delivered content<br>Delivery via Email to wuwh1967@sina.com<br>· February 1, 2023 15:20: Delivered via email to wuwh1967@sina.com<br>· February 2, 2023 10:46: User from IP 115.44.129.193 viewed the delivered content via email<br>· February 2, 2023 10:48: User from IP 115.44.129.193 viewed the delivered content via email<br>· February 2, 2023 11:00: User from IP 115.44.129.193 viewed the delivered content via email |

**Case No. (2022) S. G. Z. S. No. 4677** – Notice of Arbitration and Attachments (Respondent) Successfully Delivered on February 1, 2023

| Content Delivered | Recipient | Delivery Records |
|---|---|---|
| **Notice of Arbitration and Attachments (Respondent)**<br>To LI Yan: This Court has accepted the legal service contract dispute case between Beijing Dacheng Law Offices, LLP (Shenzhen) (Applicant) and you (Respondent), with case No.: (2022) S. G. Z. S. 4677. Please review the attached Notice of Arbitration, appoint an arbitrator within the specified time frame, and submit your Statement of Defense and relevant exhibit materials. If you intend to appoint an attorney to represent you in the arbitration proceedings, please forward the service information you received to your attorney and ensure your attorney complete the required actions promptly. Secretary: TAO Chenghuang, Tel.: 0755-83206469, Email: taochenghuang@scia.com.cn, Address: 35F, SCIA Tower, Building T1, OneExcellence, No. 5033 Tinghai Avenue, Nanshan District, Shenzhen, Date: February 1, 2023<br>**Annex:**<br>1. Case No. (2022) S. G. Z. S. No. 4677 – Notice of Arbitration (Respondent)<br>2. Arbitration Rules of Shenzhen Court of International Arbitration (Amended in 2022)<br>3. List of Arbitrators (2022)<br>4. Arbitrator's Actual Expense Standards and Payment Guidelines<br>5. Letter on Appointment of Arbitrators (Three-Member Tribunal)<br>6. Confirmation of Service Address for Arbitration, Litigation, and Enforcement Proceedings<br>7. Application for Arbitration (LI Jiaqi)<br>8. Proof of Legal Capacity and Authorization Materials (LI Jiaqi)<br>9. Combined Scanned Exhibit Materials (LI Jiaqi)<br>10. List of Exhibits (LI Jiaqi) | **LI Yan**<br>(Respondent) | Delivery via SMS to 18938091258<br>· February 1, 2023 15:21: Delivered via SMS to 18938091258<br>Delivery via SMS to 13612966922<br>· February 1, 2023 15:21: Delivered via SMS to 13612966922<br>Delivery via Email to wzifu@hotmail.com<br>· February 1, 2023 15:21: Delivered via email to wzifu@hotmail.com |

**Case No. (2022) S. G. Z. S. No. 4677** – Notice on Reappointment of Arbitrator (Letter No. 6) and Arbitrator GUO Wei's Declaration Successfully Delivered on May 23, 2023

| Content Delivered | Recipient | Delivery Records |
|---|---|---|
| **Notice on Reappointment of Arbitrator (Letter No. 6) and Arbitrator GUO Wei's Declaration**<br>**Annex:**<br>1. Notice on Reappointment of Arbitrator (Letter No. 6)<br>2. Arbitrator GUO Wei's Declaration.pdf | **Beijing Dacheng Law Offices, LLP (Shenzhen)**<br>(Applicant) | Delivery via SMS to 18820280218<br>· May 23, 2023 14:26: Delivered via SMS to 18820280218<br>· May 23, 2023 17:38: User from IP 14.154.204.142 viewed the delivered content via email<br>· June 12, 2023 15:25: User [QIAN Cheng] from IP 14.154.207.226 viewed the delivered content<br>· July 12, 2023 14:56: User [QIAN Cheng] from IP 14.154.207.213 viewed the delivered content<br>· July 12, 2023 17:25: User [QIAN Cheng] from IP 14.154.207.213 viewed the delivered content<br>Delivery via Email to lijiaqi_lawyer@126.com<br>· May 23, 2023 14:26: Delivered via email to lijiaqi_lawyer@126.com |
| | **LI Jiaqi**<br>(Applicant's Attorney) | Delivery via SMS to 18820280218<br>· May 23, 2023 14:26: Delivered via SMS to 18820280218<br>· May 23, 2023 17:34: User from IP 14.154.204.142 viewed the delivered content via email<br>Delivery via Email to lijiaqi_lawyer@126.com<br>· May 23, 2023 14:26: Delivered via email to lijiaqi_lawyer@126.com |
| | **WU Wenhui**<br>(Applicant's Attorney) | Delivery via SMS to 13501589449<br>· May 23, 2023 14:26: Delivered via SMS to 13501589449<br>· May 23, 2023 16:53: User from IP 14.154.206.137 viewed the delivered content via phone<br>· May 23, 2023 16:54: User from IP 14.154.206.137 viewed the delivered content via phone<br>· July 3, 2023 15:12: User from IP 14.154.207.213 viewed the delivered content via email<br>· July 12, 2023 17:08: User from IP 223.104.205.197 viewed the delivered content via phone<br>Delivery via Email to wuwh1967@sina.com<br>· May 23, 2023 14:26: Delivered via email to wuwh1967@sina.com |
| | **LI Yan**<br>(Respondent) | Delivery via SMS to 18938091258<br>· May 23, 2023 15:27: Delivered via SMS to 18938091258<br>Delivery via SMS to 13612966922<br>· May 23, 2023 15:27: Delivered via SMS to 13612966922<br>· May 25, 2023 10:10: User from IP 117.136.32.103 viewed the delivered content via phone<br>Delivery via Email to wzifu@hotmail.com<br>· May 23, 2023 15:27: Delivered via email to wzifu@hotmail.com |

**Case No. (2022) S. G. Z. S. No. 4677** – Notice of Composition of the Arbitral Tribunal and Attachments Successfully Delivered on August 23, 2023

| Content Delivered | Recipient | Delivery Records |
|---|---|---|
| **Notice of Composition of the Arbitral Tribunal and Attachments**<br>Applicant: Beijing Dacheng Law Offices, LLP (Shenzhen), Respondent: LI Yan. The arbitral tribunal for Case No. (2022) S. G. Z. S. No. 4677 was formed on August 10, 2023. Secretary: TAO Chenghuang, Tel.: 0755-83206469, Email: taochenghuang@scia.com.cn, Address: 35F, SCIA Tower, Building T1, OneExcellence, No. 5033 Tinghai Avenue, Nanshan District, Shenzhen, Date: August 23, 2023<br>**Annex:**<br>1. Case No. (2022) S. G. Z. S. No. 4677 – Notice of Composition of the Arbitral Tribunal<br>2. Arbitrator GONG Bangyou's Declaration<br>3. Arbitrator LEI Zhengqing's Declaration<br>4. Arbitrator BI Jingwei's Declaration | **Beijing Dacheng Law Offices, LLP (Shenzhen)**<br>(Applicant) | Delivery via SMS to 18820280218<br>· August 23, 2023 10:28: Delivered via SMS to 18820280218<br>· August 23, 2023 10:29: User from IP 223.104.68.198 viewed the delivered content via phone<br>· August 23, 2023 14:12: User from IP 14.155.252.177 viewed the delivered content via email<br>Delivery via Email to lijiaqi_lawyer@126.com<br>· August 23, 2023 10:28: Delivered via email to lijiaqi_lawyer@126.com |
| | **WU Wenhui**<br>(Applicant's Attorney) | Delivery via SMS to 13501589449<br>· August 23, 2023 10:28: Delivered via SMS to 13501589449<br>· August 23, 2023 10:37: User from IP 223.104.68.214 viewed the delivered content via phone<br>Delivery via Email to wuwh1967@sina.com<br>· August 23, 2023 10:28: Delivered via email to wuwh1967@sina.com |
| | **QIAN Cheng**<br>(Applicant's Attorney) | Delivery via SMS to 13410740513<br>· August 23, 2023 10:28: Delivered via SMS to 13410740513<br>· August 23, 2023 10:29: User from IP 14.155.252.177 viewed the delivered content via phone<br>· August 23, 2023 10:36: User from IP 14.155.252.177 viewed the delivered content via phone<br>· August 28, 2023 15:49: User [QIAN Cheng] from IP 14.153.138.169 viewed the delivered content<br>Delivery via Email to 2034219169@qq.com<br>· August 23, 2023 10:28: Delivered via email to 2034219169@qq.com<br>Delivery via WeChat: (oOT*CvU-E)<br>· August 23, 2023 10:28: Delivered via WeChat to (oOT*CvU-E)<br>· August 23, 2023 10:29: User from IP 14.155.252.177 viewed the delivered content |
| | **LI Yan**<br>(Respondent) | Delivery via SMS to 18938091258<br>· August 23, 2023 10:28: Delivered via SMS to 18938091258<br>Delivery via SMS to 13612966922<br>· August 23, 2023 10:28: Delivered via SMS to 13612966922<br>Delivery via Email to wzifu@hotmail.com<br>· August 23, 2023 10:28: Delivered via email to wzifu@hotmail.com |

**Case No. (2022) S. G. Z. S. No. 4677** – Notice of Court Hearing Successfully Delivered on September 26, 2023

| Content Delivered | Recipient | Delivery Records |
|---|---|---|
| **Notice of Court Hearing**<br>Applicant: Beijing Dacheng Law Offices, LLP (Shenzhen), Respondent: LI Yan. The legal service contract dispute case between the Applicant and the Respondent will be heard by the arbitral tribunal on October 31, 2023 at 14:30 in Arbitration Room No. 8, 36F, SCIA Tower. Both parties or their authorized attorneys are required to attend the hearing on time. Secretary: TAO Chenghuang, Tel.: 0755-83206469, Email: taochenghuang@scia.com.cn, Address: 35F, SCIA Tower, Building T1, OneExcellence, No. 5033 Tinghai Avenue, Nanshan District, Shenzhen, Date: September 26, 2023<br>**Annex:**<br>1. Case No. (2022) S. G. Z. S. No. 4677 – Notice of Court Hearing (Parties) | **Beijing Dacheng Law Offices, LLP (Shenzhen)**<br>(Applicant) | Delivery via SMS to 18820280218<br>· September 26, 2023 10:43: Delivered via SMS to 18820280218<br>· September 26, 2023 14:02: User from IP 117.153.234.71 viewed the delivered content via email<br>Delivery via Email to lijiaqi_lawyer@126.com<br>· September 26, 2023 10:43: Delivered via email to lijiaqi_lawyer@126.com |
| | **WU Wenhui**<br>(Applicant's Attorney) | Delivery via SMS to 13501589449<br>· September 26, 2023 10:43: Delivered via SMS to 13501589449<br>· July 22, 2024 14:46: User [WU Wenhui] from IP 116.76.177.7 viewed the delivered content<br>· September 2, 2024 14:44: User [WU Wenhui] from IP 14.155.201.106 viewed the delivered content<br>· September 2, 2024 14:48: User [WU Wenhui] from IP 14.155.201.106 viewed the delivered content<br>· September 3, 2024 16:31: User [WU Wenhui] from IP 14.155.201.106 viewed the delivered content<br>· September 3, 2024 16:32: User [WU Wenhui] from IP 14.155.201.106 viewed the delivered content<br>Delivery via Email to wuwh1967@sina.com<br>· September 26, 2023 10:43: Delivered via email to wuwh1967@sina.com |
| | **QIAN Cheng**<br>(Applicant's Attorney) | Delivery via SMS to 13410740513<br>· September 26, 2023 10:43: Delivered via SMS to 13410740513<br>· September 28, 2023 15:55: User [QIAN Cheng] from IP 14.155.235.91 viewed the delivered content<br>· October 7, 2023 15:36: User [QIAN Cheng] from IP 14.155.211.15 viewed the delivered content<br>Delivery via Email to 2034219169@qq.com<br>· September 26, 2023 10:43: Delivered via email to 2034219169@qq.com<br>Delivery via WeChat: (oOT*CvU-E)<br>· September 26, 2023 10:43: Delivered via WeChat to (oOT*CvU-E)<br>· September 26, 2023 10:43: User from IP 14.155.235.91 viewed the delivered content |
| | **LI Yan**<br>(Respondent) | Delivery via SMS to 18938091258<br>· September 26, 2023 10:43: Delivered via SMS to 18938091258<br>Delivery via SMS to 13612966922<br>· September 26, 2023 10:43: Delivered via SMS to 13612966922<br>Delivery via Email to wzifu@hotmail.com<br>· September 26, 2023 10:43: Delivered via email to wzifu@hotmail.com |

**Case No. (2022) S. G. Z. S. No. 4677** – Applicant's Supplementary Exhibit Materials (Exhibit 15, Exhibit 16) Successfully Delivered on October 31, 2023

| **Content Delivered** | **Recipient** | **Delivery Records** |
|---|---|---|
| **Applicant's Supplementary Exhibit Materials (Exhibit 15, Exhibit 16)**<br>**Annex:**<br>1. List of Exhibits (QIAN Cheng)<br>2. Combined Scanned Exhibit Materials (QIAN Cheng) | **LI Yan**<br>(Respondent) | Delivery via SMS to 18938091258<br>· October 31, 2023 16:42: Delivered via SMS to 18938091258<br>Delivery via SMS to 13612966922<br>· October 31, 2023 16:42: Delivered via SMS to 13612966922<br>Delivery via Email to wzifu@hotmail.com<br>· October 31, 2023 16:42: Delivered via email to wzifu@hotmail.com |

**Case No. (2022) S. G. Z. S. No. 4677** – Applicant's Clarification Statement and Attachments Regarding Issues Raised During the Hearing, Submitted on November 14, 2023, Successfully Delivered on November 14, 2023

| Content Delivered | Recipient | Delivery Records |
|---|---|---|
| **Applicant's Clarification Statement and Attachments Regarding Issues Raised During the Hearing, Submitted on November 14, 2023**<br><br>**Annex:**<br>1. Clarification Statement and Attachments Regarding Issues Raised During the Hearing (QIAN Cheng) | **LI Yan**<br>(Respondent) | Delivery via SMS to 18938091258<br>· November 14, 2023 16:38: Delivered via SMS to 18938091258<br>Delivery via SMS to 13612966922<br>· November 14, 2023 16:38: Delivered via SMS to 13612966922<br>Delivery via Email to wzifu@hotmail.com<br>· November 14, 2023 16:38: Delivered via email to wzifu@hotmail.com |

**Case No. (2022) S. G. Z. S. No. 4677** – Notice on Absence from Hearing (Letter No. 9) and Attachments Successfully Delivered on November 14, 2023

| Content Delivered | Recipient | Delivery Records |
|---|---|---|
| **Notice on Absence from Hearing (Letter No. 9) and Attachments**<br><br>**Annex:**<br>1. Notice on Absence from Hearing (Letter No. 9)<br>2. Combined Scanned Exhibit Materials and Application for Arbitration<br>3. Case No. (2022) S. G. Z. S. No. 4677 – Hearing Transcript.pdf | **LI Yan**<br>(Respondent) | Delivery via SMS to 18938091258<br>· November 14, 2023 16:41: Delivered via SMS to 18938091258<br>Delivery via SMS to 13612966922<br>· November 14, 2023 16:41: Delivered via SMS to 13612966922<br>Delivery via Email to wzifu@hotmail.com<br>· November 14, 2023 16:41: Delivered via email to wzifu@hotmail.com |

**Case No. (2022) S. G. Z. S. No. 4677** – Applicant's Related Statement on Delayed Performance Interest Submitted on June 7, 2024, Successfully Delivered on June 24, 2024

| Content Delivered | Recipient | Delivery Records |
|---|---|---|
| **Applicant's Related Statement on Delayed Performance Interest Submitted on June 7, 2024**<br><br>**Annex:**<br>1. Related Statement on Delayed Performance Interest (QIAN Cheng) | **LI Yan**<br>(Respondent) | Delivery via SMS to 18938091258<br>· June 24, 2024 9:24: Delivered via SMS to 18938091258<br>Delivery via SMS to 13612966922<br>· June 24, 2024 9:24: Delivered via SMS to 13612966922<br>Delivery via Email to wzifu@hotmail.com<br>· June 24, 2024 9:24: Delivered via email to wzifu@hotmail.com |

**Case No. (2022) S. G. Z. S. No. 4677** – Arbitral Award Successfully Delivered on July 22, 2024

| Content Delivered | Recipient | Delivery Records |
|---|---|---|
| **Arbitral Award**<br><br>**Annex:**<br>1. Arbitral Award.pdf | **WU Wenhui**<br>(Applicant's Attorney) | Delivery via SMS to 13501589449<br>· July 22, 2024 15:05: Delivered via SMS to 13501589449<br>· July 22, 2024 15:09: User [WU Wenhui] from IP 116.76.177.7 viewed the delivered content<br>Delivery via Email to wuwh1967@sina.com<br>· July 22, 2024 15:05: Delivered via email to wuwh1967@sina.com |
| | **LI Yan**<br>(Respondent) | Delivery via SMS to 18938091258<br>· July 22, 2024 15:05: Delivered via SMS to 18938091258<br>Delivery via SMS to 13612966922<br>· July 22, 2024 15:05: Delivered via SMS to 13612966922<br>Delivery via Email to wzifu@hotmail.com<br>· July 22, 2024 15:05: Delivered via email to wzifu@hotmail.com |

**Case No. (2022) S. G. Z. S. No. 4677** – Certificate of Effectiveness Successfully Delivered on July 24, 2024

| Content Delivered | Recipient | Delivery Records |
|---|---|---|
| **Certificate of Effectiveness**<br><br>**Annex:**<br>1. Certificate of Effectiveness | **WU Wenhui**<br>(Applicant's Attorney) | Delivery via SMS to 13501589449<br>· July 24, 2024 14:10: Delivered via SMS to 13501589449<br>· July 24, 2024 14:17: User [WU Wenhui] from IP 14.155.230.109 viewed the delivered content<br>Delivery via Email to wuwh1967@sina.com<br>· July 24, 2024 14:10: Delivered via email to wuwh1967@sina.com |